Marie Therese ASSA'AD–FALTAS, MD, MPH, for herself and those similarly situated, Plaintiff—Appellant,

v.

THE SOUTH CAROLINA SUPREME COURT, solely in its legislative capacity; and solely for injunctive relief; Charles Austin, in his official capacity as City Manager for the City of Columbia ["the City" or "Columbia"]; Robert C. Coble, in his official capacity as Mayor for the City of Columbia, SC; Officer Sellers, in his official capacity as a police officer for Columbia; Officer Gordon, in his official capacity as a police officer for Columbia; Officer Dietz, in his official capacity as a police officer for Columbia; Officer Beddingfield, in his official capacity as a police officer for Columbia; Officer Anderson, in his official capacity as a police officer for Columbia; Gwendolyn Bouie, in her official capacity as Assistant Attorney for the City; Christa Bell, in her official capacity as Assistant Attorney for the City; Overture Walker, in his official capacity as Assistant Attorney for the City; Tameka Isaacs Devine, in her official capacity as member of City Council for the City of Columbia, SC and the other Council members in that capacity; James Meggs, in his official capacity as City Attorney for the City; Kenneth Gaines, in his official capacity as City Attorney for the City; Dana M. Thye, individually and officially as Assistant Attorney for the City; Robert G.

Cooper, individually and officially as Assistant Attorney for the City; Unknown Named Agents for the City, in their respective official capacities, Defendants—Appellees.

No. 09–2081.

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2010.

Decided: Aug. 13, 2010.

Marie Therese Assa'ad–Faltas, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad–Faltas, M.D., M.P.H., appeals the district court's order adopting the magistrate judge's recommendation to summarily dismiss her complaint, pursuant to 28 U.S.C. § 1915 (2006), as well as its order denying her Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Assa'ad–Faltas's motions for appointment of counsel and to place the appeal in abeyance and affirm the district court's orders. *See Assa'ad–Faltas v. South Carolina Supreme Court*, No. 3:09–cv–00507–TLW (D.S.C. filed July 22, 2009, entered July 23, 2009; Aug. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*